**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2021

> 3/4/2021
> Doctor Olivieri's surrender date is extended to May 5, 2021. SO ORDERED.
>
> /s/ Paul A. Crotty

*VIA ECF*
Honorable Paul Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Joseph Olivieri*, 18 CR 316 (PAC)

Dear Judge Crotty:

With the consent of the government and pretrial services, I write to seek an extension of the date by which Dr. Olivieri must surrender to begin serving his prison sentence. Without a Court order, Dr. Olivieri is required to surrender this Friday, March 5, 2021. The government consents to a 60-day extension. I ask for an extension until September 2021.

At Dr. Olivieri's sentencing, in recognition of the unique burdens and health considerations posed by the COVID pandemic, the Court set the March surrender date with the hope that the pandemic would be further behind us by now. The pandemic is not behind us and it is particularly perilous for Dr. Olivieri to be incarcerated at this point in time. Dr. Olivieri is elderly and quite infirm. He has not yet been vaccinated against the virus.

The parties agree that, against this backdrop, an extension is appropriate. Based on current estimations of when the pandemic will be better under control, I ask for a date in September. The government consents to only a 60-day extension. Dr. Olivieri remains under the supervision of Pretrial Services and his supervising officer reports that he remains fully compliant. Pretrial Services has no objection to an extension of the surrender date.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:   AUSA Robert Sobelman (via ECF)
      USPO-Pennsylvania Cindy Kozel (via email)
      USPO-New York Myrna Carrington (via email)