# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

## CIVIL RIGHTS CLINIC

**Betsy Ginsberg**
*Director*
*Clinical Professor of Law*

(646) 592-6495
Fax  (212) 790-0256
betsy.gingsberg@yu.edu

May 12, 2021

**BY ECF**
Honorable Paul Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

　　　　Re:　*United States v. Joseph Olivieri*, 18 CR 316 (PAC)

Dear Judge Crotty:

　　　　We represent Defendant Joseph Olivieri in a pending motion to modify his sentence under the First Step Act and write to request that the Court alter the current schedule for the government's response and Defendant's surrender date. The government proposed that Defendant submit a request to the Bureau of Prisons for home confinement under section 12003(b)(2) of the CARES Act, and Defendant has decided to do so.[1]  The parties jointly ask that the Court hold his motion in abeyance to allow for the BOP to assess his new request. The government's response to Defendant's motion is currently due on May 21. The parties ask that the government have until three weeks following the BOP's response to the new request to respond to Defendant's motion. Defendant will inform both the Court and the government of the BOP's final response.

　　　　Furthermore, Defendant requests, with the government's consent, a further extension of his surrender date until after the Court has resolved his motion.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ BETSY GINSBERG
　　　　　　　　　　　　_____
　　　　　　　　　　　　Betsy Ginsberg
　　　　　　　　　　　　Director, Civil Rights Clinic
　　　　　　　　　　　　Trena Riley
　　　　　　　　　　　　Legal Intern

---

[1] As noted in his motion to modify his sentence, Defendant's previous request for home confinement was made under 18 U.S.C. 3582(c)(1)(A)(i) and was denied by BOP.

Benjamin N. Cardozo School of Law
55 5th Avenue, 11th Floor
New York, New York 10003
646.592.6495
betsy.ginsberg@yu.edu

Cc:     All counsel (BY ECF)

5/19/2021
The motion schedule is held in abeyance
pending the BOP's assessment. The
Government's opposition is due three weeks
after the BOP's response. The request to
extend the surrender date is denied without
prejudice. SO ORDERED.