# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

## CIVIL RIGHTS CLINIC

**Betsy Ginsberg**
*Director*
*Clinical Professor of Law*

(646) 592-6495
Fax  (212) 790-0256
betsy.gingsberg@yu.edu

September 23, 2021

**BY ECF**
Honorable Paul Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*9/24/2021*

*The request ( ) is Granted*

*So ordered*

*Paul A Crotty*
*USDJ*

Re:   *United States v. Joseph Olivieri*, 18 CR 316 (PAC)

Dear Judge Crotty:

I write regarding this Court's September 16, 2021 order that Defendant Olivieri "surrender at FMC Devens as soon as he is discharged from the hospital." Defendant is still in the hospital and has not yet been discharged. I am in communication with BOP and Probation regarding his surrender. BOP has informed me that because staff who process new admissions to FMC Devens work only Monday through Friday, it would be better for Defendant to surrender on a weekday. Thus, Defendant asks that the Court permit him to surrender on the next business day following his discharge from the hospital. The government consents to this request.

Respectfully submitted,

/s/ Betsy Ginsberg
Betsy Ginsberg
Director, Civil Rights Clinic
Benjamin N. Cardozo School of Law
55 5th Avenue, 11th Floor
New York, New York 10003
646.592.6495
betsy.ginsberg@yu.edu

Cc:   All counsel (BY ECF)