

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 5, 2022

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Joseph Olivieri*, 18 Cr. 316 (PAC)

Dear Judge Crotty:

     The Government respectfully submits this letter to request a brief extension of time. Specifically, the Government's response to the defendant's motion filed pursuant to 18 U.S.C. § 3582(c) presently is due on July 8, 2022. (Dkt. No. 184.) The Government requests that the Court extend by one week the time within which the Government must respond, to July 15, 2022. The defendant consents to this request.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

7/6/2022
The requested extension to July 15 is granted. SO ORDERED.

*(signature: Paul A. Crotty)*

by:   /s/_____
     Tara M. La Morte
     Daniel C. Richenthal
     Robert B. Sobelman
     Assistant United States Attorneys
     (212) 637-1041/2109/2616